FILED
SEP 17 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

To Whom this may Concern                              9-13-18
    Hope to Find you in good spirit
I NEED YOUR HELP PLEASE.

After 43 yrs of abuse and 2 Lawsoites I don't know how much more I can take. Yes I AM Here forever but does that means I should be abused. tortured. I've been treated very baddy by I/m. & OFFICERS For a very long time. I felt I deserve it for the crime I committed. But enough is enough. After Being sexually abuse by a I/m in 2016 and place in the hospital for a week. The officers covered it up and place me in Max for no reason. Then Not Long after Officers in mask hurt me some more. I had to be placed in a wheel chair. They denied me medical. and said I was faking. After over a yr. of request grievances 2 M.R.I.s showed My Back and Hip are messed up badly They won't do MRI on my Shoulder Neck and Hand. A Mr. Steve Hampton Esq. took my case only to find out that would not do a Court order or try to remove me from harms ways. It's a Class action suite. And then I recieved a letter saying either they would drop the case if I wanted more from them.

If you can help please let me know very quickly, for tommorow may not come. If you recieved this letter please let me know, for many of my letters have been trashed.

P.S. At one time, they violated a court order not to be returned to De. I was in the fed system at the time doing well.

God Bless Everyone<br>Regent Goddard

I, Live in pain every day. Please help me be placed possibly back in Springfield Mo. Fed Prison. or some place safer.

You have my permission to take over my case at 50% or 10 thousand gauranteed

OVOIR

I/M Regent L'ecclecied
SBI# 133842  UNIT T-1

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. district Court De.
800 King St
Wilm De
19801

FILED
SEP 17 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

19801-355099